**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE WILLIE WEAVER SECTION    )
                                    )        No. C 07-01598 JW (PR)
12   1983 CLAIMS I                  )
                                    )        ORDER OF DISMISSAL
13                                  )
                                    )
14   _____      )

15

16          Plaintiff Willie Weaver, a California state prisoner and frequent litigant in

17   this Court, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.  He

18   seeks to proceed in forma pauperis under 28 U.S.C. § 1915.

19          The Prison Litigation Reform Act of 1995 ("PLRA") was enacted, and

20   became effective, on April 26, 1996.  It provides that a prisoner may not bring a civil

21   action in forma pauperis under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more

22   prior occasions, while incarcerated or detained in any facility, brought an action or

23   appeal in a court of the United States that was dismissed on the grounds that it is

24   frivolous, malicious, or fails to state a claim upon which relief may be granted,

25   unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C.

26   § 1915(g).  Section 1915(g) requires that this Court consider prisoner actions

27   dismissed before, as well as after, the statute's 1996 enactment.  Tierney v. Kupers,

28   128 F.3d 1310, 1311-12 (9th Cir. 1997).  And as the text of § 1915(g) makes clear,

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.07\Weaver01598_3strikes-dismissal.wpd

United States District Court
For the Northern District of California

1  the court may count as strikes dismissals of district court cases as well as dismissals

2  of appeals.  See Rodriguez v. Cook, 169 F.3d 1176, 1178 (9th Cir. 1999) (prisoner

3  does not get three frivolous claims and three frivolous appeals before being barred

4  by § 1915(g)).

5      Here, plaintiff has had three or more prisoner actions/appeals dismissed by a

6  federal court on the grounds that they are frivolous, malicious, or fail to state a claim

7  upon which relief may be granted: (1) Weaver v. Pelican Bay State Prison, No. C

8  04-3077 JW (PR) (N.D. Cal. May 18, 2005) (civil rights action dismissed for failure

9  to state a claim upon which relief may be granted); (2) Weaver v. Nimrod, No. C 04-

10  3154 JW (PR) (N.D. Cal. Dec. 14, 2004) (same); (3) Weaver v. Pelican Bay State

11  Prison Mail Room, No. C 04-4784 JW (PR) (N.D. Cal. Jan. 5, 2005) (same); (4)

12  Weaver v. Daniel, No. C 05-1373 JW (PR) (N.D. Cal. May 9, 2005) (same); and (5)

13  Weaver v. Monterio, et al., No. 05-0166 RSWL (FMO) (C.D. Cal. Nov. 21, 2005)

14  (same).  Plaintiff therefore may proceed in forma pauperis only if he is seeking relief

15  from a danger of serious physical injury which is "imminent" at the time of filing.

16  See Abdul-Akbar v. McKelvie, 239 F.3d 307, 312 (3d Cir. 2001) (en banc);

17  Medberry v. Butler, 185 F.3d 1189, 1192-93 (11th Cir. 1999); Ashley v. Dilworth,

18  147 F.3d 715, 717 (8th Cir. 1998); Banos v. O'Guin, 144 F.3d 883, 885 (5th Cir.

19  1998).  He is not.

20      Because plaintiff has had three or more prior dismissals and is not under

21  imminent danger of serious physical injury, his request to proceed in forma pauperis

22  (Docket No. 4) is DENIED and the instant action is DISMISSED without prejudice

23  to bringing it in a paid complaint.

24      The clerk shall terminate all pending motions as moot.  No fee is due at this

25  time.

26

27  DATED: _____September 13, 2007_____      JAMES WARE

28                                               United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.07\Weaver01598_3strikes-dismissal.wpd   2